No. D–1165.  IN RE DISBARMENT OF WATSON.  It is ordered that John D. Watson, of Denver, Colo., be suspended from the

practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.